IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | |
|---|---|
| MICHAEL COLEMAN, ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | Trial By Jury Demanded |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, a corporation, ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT AND JURY DEMAND**

NOW COMES the Plaintiff, MICHAEL COLEMAN, through his attorneys, HARRINGTON, THOMPSON, ACKER AND HARRINGTON, LTD., and complaining of Defendant, Norfolk Southern Railway Company, (hereinafter "NSRC") states the following:

1. Jurisdiction of this court as to Plaintiff, MICHAEL COLEMAN, and Defendant, NSRC, is invoked under the provisions of Title 45 U.S.C. §56 and Title 28 U.S.C. §1331.

2. The Defendant, NSRC, was at all times relevant to this cause of action and is a corporation engaged in operating a railroad as a common carrier engaged in interstate commerce between the various states of the United States, including the Eastern District of Kentucky.

3. The Plaintiff, MICHAEL COLEMAN, is a resident of Pinsonfork, Pike County, Kentucky.

4. Venue for this cause of action exists in the United States District Court for the Eastern District of Kentucky pursuant to 28 U.S.C. §1391(b).

5. At the times and places alleged herein, Plaintiff was employed by Defendant as a locomotive engineer, and his duties as such were in furtherance of interstate commerce for Defendant.

6. At the time and place aforesaid, both the Plaintiff, MICHAEL COLEMAN, and the Defendant, NSRC, were subject to an Act of Congress commonly known as the Federal Employers' Liability Act, Title 45 U.S.C. §§ 51-60.

7. On or about January 22, 2014, Plaintiff sustained injury while in the employ of the NSRC at or near Burk, Elliott County, Kentucky.

8. At the time and place aforesaid, Plaintiff was assigned to work on a freight train traveling from Williamson, West Virginia to Burk, Kentucky.

9. Upon arrival in Burk, Kentucky, Plaintiff's job responsibilities required him to walk through each locomotive in his train to update paperwork located in each locomotive.

10. At the time and place aforesaid, Plaintiff was caused to slip on an accumulation of snow and ice on the second unit's locomotive platform.

11. At the time and place aforesaid, as a result of slipping on the snow and ice Plaintiff's left leg fell off the platform of the locomotive while his right leg remained on the platform as he caught himself and regained his balance.

12. At the time and place aforesaid, as Plaintiff as a result of this incident, Plaintiff sustained injury to his right knee, right hip and back.

13. Plaintiff, MICHAEL COLEMAN, was acting at all times alleged herein within the scope of is employment and in furtherance of the business of Defendant, NSRC.

14. At the time and place aforesaid, the Defendant had a duty under the Federal Employers' Liability Act, 45 U.S.C. §51, *et seq.*, to provide Plaintiff with a reasonably safe place to work.

15. At the time and place aforesaid, the defendant, NSRC, had a duty under the Federal Employers' Liability Act to comply with the Code of Federal Regulations, 49 C.F.R. § 229, *et seq.*, – Locomotive Safety Standards.

16. At the time and place aforesaid, the defendant, NSRC, had a duty under the Federal Employers' Liability Act to comply with the Federal Safety Locomotive Inspection Act, 49 U.S.C §20701, *et seq.* – Requirements of Use.

17. At the time and place aforesaid, the Defendant was negligent under the Federal Employers' Liability Act, in one or more of the following respects:

 a. In failing to provide the Plaintiff with a reasonably safe place to work;

 b. In failing to use reasonably safe methods and procedures with regard to the maintenance of ground areas where Plaintiff was required to walk in the performance of his duties;

 c. In directing Plaintiff to work at a location which was not properly maintained;

 d. In failing to warn Plaintiff that there were unsafe conditions in the area where employees were required to work;

 e. In failing to provide Plaintiff with sufficient winter footwear;

 f. In failing to train Plaintiff regarding the use of winter footwear;

 g. In failing to properly and adequately remove snow and ice off locomotive platforms so that Plaintiff could safely perform his duties;

 h. In failing to adequately inspect the ground areas where Plaintiff was required to walk in the performance of his duties;

    i.      In failing to warn Plaintiff so as to avert injury to him at said time and place;

    j.      In allowing a locomotive to be used on its line that was not safe to operate without unnecessary danger of personal injury;

    k.      In failing to comply with the requirements of the Federal Locomotive Inspection Act, 49 U.S.C. § 20701, *et seq.*;

    l.      In failing to comply with the applicable provisions of the Code of Federal Regulations, 49 C.F.R., Part 229, Locomotive Safety Standards.

    m.     In failing to comply with the Code of Federal Regulations, 49 C.F.R.§ 229.45; and

    n.      In failing to comply with the Code of Federal Regulation, 49 C.F.R. § 229.119(c).

18.    The Plaintiff, MICHAEL COLEMAN, sustained personal injuries, disability, pain and suffering, medical expenses, wage loss, and other recoverable damages supported by the evidence and permitted by law, resulting, in whole or in part, from one or more of the negligent acts and/or omissions of the Defendant, NSRC.

WHEREFORE, the Plaintiff seeks judgment in an amount sufficient to satisfy the jurisdictional limitations of this Court, plus whatever amount the Court and the jury shall deem proper as compensatory damages, plus the costs of this lawsuit and other recoverable damages as permitted by law.

                Respectfully submitted,

By:    s/ Robert E. Harrington, III
         Robert B. Thompson
         Laurence C. Acker
         Robert E. Harrington, III
         HARRINGTON, THOMPSON, ACKER & HARRINGTON, LTD.
         180 N. Wacker Drive, Suite 300
         Chicago, Illinois 60606
         Tel:   (312) 332-8811
         Fx:   (312) 332-2027
         E-mail:   htah@harringtonlaw.com

*Counsel for Plaintiff Michael Coleman*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | | |
|---|---|---|
| MICHAEL COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | Trial By Jury Demanded |
| | ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, a corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JURY DEMAND

The Plaintiff, by his attorneys, HARRINGTON, THOMPSON, ACKER, AND HARRINGTON, LTD., hereby demands trial by jury.

Respectfully submitted,

By:  s/ Robert E. Harrington, III
Robert B. Thompson
Laurence C. Acker
Robert E. Harrington, III
HARRINGTON, THOMPSON, ACKER & HARRINGTON, LTD.
180 N. Wacker Drive, Suite 300
Chicago, Illinois 60606
Tel:   (312) 332-8811
Fx:    (312) 332-2027
E-mail:   htah@harringtonlaw.com

*Counsel for Plaintiff Michael Coleman*